**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000705
08-MAR-2021
09:15 AM
Dkt. 37 OAWST**

NO. CAAP-20-0000705

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

4F Fund III LLC, Plaintiff-Appellee, v.
BRETT C. ARIZUMI, Defendant-Appellant, and
CITIFINANCIAL INC; DEPARTMENT OF TAXATION,
STATE OF HAWAIʻI; UNITED STATES OF AMERICA; HAWAII LAW
ENFORCEMENT FEDERAL CREDIT UNION FKA HONOLULU POLICE
FEDERAL CREDIT UNION; RENE MATSUURA; ZACHARY KONDO; IVY ROOT;
RADFORD REAL; ASSOCIATION OF APARTMENT OWNERS OF 3036 KAHALOA
DRIVE, Defendants-Appellees, and
DOES 1 THROUGH 20, INCLUSIVE, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC141001769)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Ginoza, Chief Judge, Hiraoka and Nakasone, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal with Prejudice, filed March 4, 2021, by Plaintiff-Appellee 4F Fund III LLC, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal with Prejudice is approved and the appeal

is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, March 8, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge